UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELAYNE SEIDMAN,

                Plaintiff,

- against -

BUZZFEED, INC.

                Defendant.

Docket No. 19-cv-05342 (CM) (OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/19

---

## ~~PROPOSED~~ JUDGMENT

**WHEREAS,** on June 6, 2019, Plaintiff Helayne Seidman ("Plaintiff") filed an action for willful copyright infringement against Defendant Buzzfeed, Inc. ("Defendant") under sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106, 501, alleging that Defendant reproduced Plaintiff's copyrighted photograph of Ciro Ortiz without Plaintiff's authorization;

**WHEREAS,** on September 17, 2019, Defendant served Plaintiff with an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in which Defendant offered to allow entry of judgment to be taken against Defendant and in favor of Plaintiff on Count I of the complaint for "the total amount of $5,000.00 (five thousand dollars and zero cents), including costs to date." (the "Offer");

**WHEREAS,** on September 26, 2019, Plaintiff accepted the Offer in writing.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that:

1. Judgment be entered against defendant Buzzfeed, Inc. for copyright infringement under sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106, 501;

2. Defendant is to pay $5,000.00 to Plaintiff;

3. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

4. the Court retain jurisdiction over any matter pertaining to this judgment;

5. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: 6 December, 2019

**SO ORDERED.**

_____
Hon. Colleen McMahon (Chief U.S.D.J.)